# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 21-2056

———————————————

Yufan Zhang

*Plaintiff - Appellant*

v.

UnitedHealth Group; Sujatha Duraimanickam

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the District of Minnesota

——————————

Submitted: December 23, 2021
Filed: December 29, 2021
[Unpublished]

——————————

Before BENTON, KELLY, and KOBES, Circuit Judges.

——————————

PER CURIAM.

In this employment discrimination action, Yufan Zhang appeals the district court's[1] denial of his motion to vacate an arbitration award. After careful review of

———————————————

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

the record and the parties' arguments on appeal, we find no basis for reversal. See Ploetz for Laudine L. Ploetz, 1985 Tr. v. Morgan Stanley Smith Barney, LLC, 894 F.3d 894, 897 (8th Cir. 2018) (standard of review).  Accordingly we affirm. See 8th Cir. R.47B.  We also deny Zhang's pending motions.

_____